AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

ALEXIS DUNLAP, individually and as Personal Representative of the Estate of MiChance Dunlap-Gittens; and FRANK GITTENS

*Plaintiff(s)*

v.

KING COUNTY; MICHAEL GARSKE; TODD MILLER; JOSEPH ESHOM; and REED JONES

*Defendant(s)*

Civil Action No. 19-cv-1535-JCC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Executive of King County
King County Chinook Building
401 5th Avenue, Ste 800
Seattle, WA 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David B. Owens
Loevy & Loevy
100 S. King St. #100-748
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/17/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1535-JCC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KING COUNTY was received by me on *(date)* 10/23/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KING COUNTY AUDITOR OFFICE: RUSSELL PETHE (LEGAL CLK), who is designated by law to accept service of process on behalf of *(name of organization)* KING COUNTY on *(date)* 11/1/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 82.50 for travel and $ 5.00 for services, for a total of $ 87.50

I declare under penalty of perjury that this information is true.

Date: 11/3/2019

Michael W Graham
*Server's signature*

MICHAEL GRAHAM / PROCESS SERVER
*Printed name and title*

KKWT PROCESS SERVICES
P. O. BOX 4623
SPANAWAY, WA 98387
BUS: (253) 565-6670
*Server's address*

Additional information regarding attempted service, etc: