THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEXIS DUNLAP, individually and as the personal representative of the estate of MiChance Dunlap-Gittens, and FRANK GITTENS,<br><br>             Plaintiffs,<br>   v.<br><br>KING COUNTY *et al.*,<br><br>             Defendants. | CASE NO. C19-1535-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a Rule 502(d) order (Dkt. No. 18). The Court hereby GRANTS the motion and orders as follows:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI"), or information is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained in this order is intended to or shall serve to limit a party's right to

1 | conduct a review of documents, ESI, or information (including metadata) for relevance,
2 | responsiveness, or segregation of privileged or protected information before production.
3 | DATED this 4th day of December 2019.

                                                  <u>William M. McCool</u>
                                                  Clerk of Court

                                                  <u>s/Tomas Hernandez</u>
                                                  Deputy Clerk