Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALEXIS DUNLAP, individually and as Personal Representative of the Estate of MiChance Dunlap-Gittens, and FRANK GITTENS,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY; MICHAEL GARSKE; TODD MILLER; JOSEPH ESHOM; and REED JONES,<br><br>Defendants. | No. 2:19-cv-01535-JCC<br><br>STIPULATED MOTION AND [*PROPOSED*] ORDER DISMISSING INDIVIDUAL DEFENDANTS AND EDITING CAPTION<br><br>**Noting Date: May 4, 2020** |

BY STIPULATION AND AGREEMENT, the Plaintiffs and Defendants, by and through their respective counsel of record, request the Court grant the following relief:

1. All of Plaintiffs' claims, and Plaintiffs' Complaint, as alleged against the individual defendants shall be dismissed, in their entirety, with prejudice;

2. The above-referenced dismissal shall have no effect on Plaintiff's claims or Plaintiff's Complaint as alleged against King County; and

3. The caption of the above-referenced matter shall be edited and reformed to reflect the dismissal of the individual defendants such that the only defendant identified in any subsequent pleading shall be King County. The amended caption should read as follows:

STIPULATED MOTION AND [*PROPOSED*] ORDER DISMISSING
INDIVIDUAL DEFENDANTS AND EDITING CAPTION - 1

No. 2:19-cv-01535-JCC
11770.0 ne040102

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

|   |   |
|---|---|
| 1 | ALEXIS DUNLAP, individually and as Personal Representative of the Estate of MiChance Dunlap-Gittens, and FRANK GITTENS, |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | v. |
| 6 | KING COUNTY, |
| 7 | Defendant. |

8

9   DATED this 4th day of May, 2020　　　　DATED this 4th day of May, 2020

10  MacDONALD HOAGUE & BAYLESS　　　CALFO EAKES & OSTROVSKY LLP

11  *s/ Tiffany Cartwright*　　　　　　　　　　*s/ Patty Eakes*

12  Tiffany Cartwright, WSBA #43564　　　　Patricia A. Eakes, WSBA #18888
    Tiffanyc@mhb.com　　　　　　　　　　　pattye@calfoeakes.com

13  Tim Ford, WSBA #5986　　　　　　　　Damon C. Elder, WSBA #46754
    TimF@mhb.com　　　　　　　　　　　　damone@calfoeakes.com

14  705 Second Avenue, Suite 1500　　　　　1301 Second Avenue, Suite 2800
    Seattle, WA 98104　　　　　　　　　　　Seattle, WA 98101

15

16  *Attorneys for Plaintiffs Alexis Dunlap and*　　*Attorneys for Defendant King County*
    *the Estate of MiChance Dunlap-Gittens*

17  DATED this 4th day of May, 2020　　　　DATED this 4th day of May, 2020

18  LOEVY & LOEVY　　　　　　　　　　　SEAMARK LAW GROUP PLLC

19  *s/ David Owens*　　　　　　　　　　　　*s/Geoff Grindeland*

20  David B. Owens, WSBA #53856　　　　　Geoff Grindeland, WSBA # 35798
    david@loevy.com　　　　　　　　　　　geoff@seamarklaw.com

21  100 S. King St. #100-178　　　　　　　　Nikki Carsley, WSBA #46650
    Seattle, WA 98104　　　　　　　　　　　nikki@seamarklaw.com

22  　　　　　　　　　　　　　　　　　　　400 Winslow Way E, Ste 230

23  *Attorneys for Plaintiffs Alexis Dunlap and*　　Bainbridge Island, WA 98110
    *the Estate of MiChance Dunlap-Gittens*

24  　　　　　　　　　　　　　　　　　　　*Attorneys for Captain Miller and*
    　　　　　　　　　　　　　　　　　　　*Detectives Eshom and Jones*

25

26  DATED this 4th day of May, 2020　　　　DATED this 4th day of May, 2020

    JAMES BIBLE LAW GROUP　　　　　　　FREIMUND JACKSON & TARDIF, PLLC

27  *s/ James Bible*　　　　　　　　　　　　*s/ Greg Jackson*

STIPULATED MOTION AND [*PROPOSED*] ORDER DISMISSING
INDIVIDUAL DEFENDANTS AND EDITING CAPTION - 2

No. 2:19-cv-01535-JCC
11770.0 ne040102

| | |
|---|---|
| James Bible, WSBA #33985<br>james@biblelawgroup.com<br>14205 SE 36th Street, Suite 100<br>Bellevue, WA 98006 | Gregory E. Jackson, WSBA # 17541<br>gregj@fjtlaw.com<br>900 SW 16th Street, Suite 215<br>800 5th Ave., Suite 2000 |
| *Attorney for Plaintiff Frank Gittens* | *Attorney for Defendant Detective Michael Garske* |

DATED this 4th day of May, 2020

P. BOSMANS LAW

*s/ Pat Bosmans*
Patricia Bosmans, WSBA # 9148
PBosmans_law@outlook.com

*Attorney for Plaintiffs Alexis Dunlap and the Estate of MiChance Dunlap-Gittens*

STIPULATED MOTION AND [*PROPOSED*] ORDER DISMISSING
INDIVIDUAL DEFENDANTS AND EDITING CAPTION - 3

No. 2:19-cv-01535-JCC
11770.0 ne040102

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

[PROPOSED] **ORDER**

IT IS SO ORDERED

DATED this _____ day of May, 2020

_____
John C. Coughenour
United States District Court Judge

STIPULATED MOTION AND [*PROPOSED*] ORDER DISMISSING
INDIVIDUAL DEFENDANTS AND EDITING CAPTION - 4

No. 2:19-cv-01535-JCC
11770.0 ne040102

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961