THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXIS DUNLAP, individually and as Personal Representative of the Estate of MiChance Dunlap-Gittens, and FRANK GITTENS, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY; MICHAEL GARSKE; TODD MILLER; JOSEPH ESHOM; and REED JONES, <br><br> Defendants. | CASE NO. C19-1535-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss the individual Defendants and to edit the case caption (Dkt. No. 36). On May 1, 2020, the parties participated in mediation and resolved this matter. (*See* Dkt. No. 35.) The parties now move to dismiss Plaintiffs' claims against the individual Defendants in this case. (Dkt. No. 36 at 1.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Plaintiffs' claims against Defendants Michael Gaske, Todd Miller, Joseph Eshom, and Reed Jones are DISMISSED with prejudice. All future pleadings in this matter will identify

Defendant King County as the sole Defendant. The Clerk is DIRECTED to modify the case caption accordingly.

DATED this 4th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk