THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXIS DUNLAP, individually and as personal representative of the estate of MiChance Dunlap-Gittens, and FRANK GITTENS,<br><br>                Plaintiffs,<br>    v.<br><br>KING COUNTY *et al.*,<br><br>                Defendants. | CASE NO. C9-1535-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 41). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

MINUTE ORDER
C9-1535-JCC
PAGE - 1

1    DATED this 4th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C9-1535-JCC
PAGE - 2